UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| YI LI,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>TRUMP CAMPAIGN STAFF, et al.,<br><br>　　　　Defendant(s). | Case No. 2:25-cv-01336-GMN-NJK<br><br>**Order**<br><br>[Docket Nos. 1, 5, 6] |

Plaintiff has filed two applications to proceed *in forma pauperis* (Docket Nos. 1, 3) and three motions for leave to file a second amended complaint (Docket Nos. 5, 6, 7). Plaintiff has already been advised as follows:

> Filing multiple motions requesting the same relief is a litigation tactic that strains the resources of the Court and generally delays a decision in the case. The Court may impose sanctions on parties who engage in such litigation tactics.

Docket No. 2 at 2. Plaintiff is again **WARNED** that filing repetitive motions is improper. <u>Continuing to engage in that tactic may result in the issuance of sanctions</u>.

In light of the repetitive filings, the Court **DENIES** as moot the first application to proceed *in forma pauperis* (Docket No. 1) and the first two motions for leave to file a second amended complaint (Docket Nos. 5, 6). The Court will address the remaining application and motion for leave to file a second amended complaint in due course. Plaintiff is again advised that "[t]his process may take many months." Docket No. 2 at 1.

IT IS SO ORDERED.

Dated: August 19, 2025

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge