UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| YI LI,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>TRUMP CAMPAIGN STAFF, et al.,<br><br>　　　　Defendant(s). | Case No. 2:25-cv-01336-GMN-NJK<br><br>**Order**<br><br>[Docket Nos. 7, 9] |

Plaintiff has filed a fourth and fifth version of the motion for leave to file a second amended complaint. *See* Docket Nos. 9, 10; *see also* Docket Nos. 5, 6, 7 (prior versions). Plaintiff has already been advised as follows:

> Filing multiple motions requesting the same relief is a litigation tactic that strains the resources of the Court and generally delays a decision in the case. The Court may impose sanctions on parties who engage in such litigation tactics.

Docket No. 2 at 2; *see also* Docket No. 8 (denying as moot earlier versions of repetitive motions and warning against such conduct).[1] Plaintiff is again **WARNED** that filing repetitive motions is improper. <u>Continuing to engage in that tactic may result in the issuance of sanctions</u>.

In light of the repetitive filings, the Court **DENIES** as moot the third and fourth version of the first two motion for leave to file a second amended complaint (Docket Nos. 7, 9). The Court will address the remaining motion for leave to file a second amended complaint (Docket No. 10)

---

[1] It appears this order was issued after Plaintiff had sent the most recent duplicative motions to the Clerk's Office, but before those most recent motions had been entered on the docket. As such, the Court will not herein consider sanctions and will instead again warn Plaintiff against this conduct. At this stage, however, Plaintiff is on notice that repetitive filings may result in the imposition of sanctions and the Court is not inclined to issue mere warnings moving forward.

1

in due course.  Plaintiff is again advised that "[t]his process may take many months."  Docket No. 2 at 1.

    IT IS SO ORDERED.

    Dated: August 21, 2025

                                                    Nancy J. Koppe
                                                    United States Magistrate Judge