# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Yi Li,<br><br>          Plaintiff(s),<br><br>v.<br><br>Trump Campaign Staff, et al.,<br><br>          Defendant(s). | Case No. 2:25-cv-01336-GMN-NJK<br><br>**ORDER**<br><br>[Docket Nos. 25, 26, 27, 28] |

Plaintiff is proceeding in this case *pro se* and *in forma pauperis*. Plaintiff was advised at the outset of the case that the corresponding screening process "may take many months." Docket No. 2 at 1. Plaintiff was also advised at the outset of the case that "[f]iling multiple motions requesting the same relief is a litigation tactic that strains the resources of the Court and generally delays a decision in the case. The Court may impose sanctions on parties who engage in such litigation tactics." *Id.* at 2. Despite those advisements, Plaintiff filed multiple versions of motions for leave to file a second amended complaint. At that time, the Court reiterated the above two advisements, warned Plaintiff that he may be sanctioned for repetitive filings, and even more specifically put Plaintiff on notice that "the Court is not inclined to issue mere warnings moving forward." Docket No. 11 at 1-2 and n.1.

On January 8, 2026, the Court screened Plaintiff's second amended complaint, dismissed it without prejudice for violating Rule 8, and ordered that any third amended complaint must be filed by January 30, 2026. Docket No. 23. Plaintiff has since filed a third amended complaint, Docket No. 25, a motion for leave to file a fourth amended complaint, Docket No. 26, another motion for leave to file a fourth amended complaint, Docket No. 27, a motion for leave to file a fifth amended complaint, Docket No. 28, and a notice of clarification regarding these myriad filings, Docket No. 29.

1

The Court declines to proceed in such fashion. *See* Docket No. 2 at 2; *see also, e.g.*, *Alexander v. Metro Police Dept.*, 2025 WL 3721509, at *1 (D. Nev. Dec. 23, 2025). Plaintiff must file a single third amended complaint as ordered by the Court at Docket No. 23. The Court will not tolerate moving forward the filing of repetitious requests. The third amended complaint must also be complete in and of itself. Local Rule 15-1(a). Plaintiff must carefully review that third amended complaint and consider what should be included therein, as the Court may not afford additional opportunities to amend. *See, e.g.*, *City of Los Angeles v. San Pedro Boat Works*, 635 F.3d 440, 454 (9th Cir. 2011) ("the district court's discretion to deny leave to amend is particularly broad where plaintiff has previously amended the complaint").

Accordingly, the Court **DENIES** the pending motions for leave to amend (Docket Nos. 26, 27, 28) and **STRIKES** the third amended complaint that was filed previously (Docket No. 25). No later than April 22, 2026, Plaintiff must file a single third amended complaint as ordered at Docket No. 23. Plaintiff is advised that the screening of that third amended complaint may take several months given the Court's caseload and competing duties. The Court **ADMONISHES** Plaintiff for filing repetitious requests. Plaintiff must not file repetitious requests moving forward. **Failure to comply with this order may result in the imposition of sanctions, up to and including dismissal**.

IT IS SO ORDERED.

Dated: April 1, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

2