**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Yi Li, | Case No. 2:25-cv-01336-GMN-NJK |
|     Plaintiff(s), | **ORDER** |
| v. | |
| Trump Campaign Staff, et al., | |
|     Defendant(s). | |

On April 1, 2026, the Court ordered Plaintiff to file a single third amended complaint by April 22, 2026. On April 13, 2026, Plaintiff filed a notice of change of address. Docket No. 31. Plaintiff has not complied with the Court's order to file a single third amended complaint, but it is not entirely clear that Plaintiff received that order given the apparent change of home address. The Court *sua sponte* extends the deadline for Plaintiff to file a single third amended complaint to May 19, 2026. **Failure to meet this deadline may result in dismissal**.

In addition to this order, the Court also **INSTRUCTS** the Clerk's Office to resend Plaintiff a copy of the order at Docket No. 30 at the new Nord Avenue address.

IT IS SO ORDERED.

Dated: April 28, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

1